UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ23-566 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| GEORGE RAMIREZ | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:    Illegal Transportation of an Alien, Private Financial Gain

<u>Date of Detention Hearing</u>:    November 27, 2023

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant is charged with the illegal transportation of two individuals across the

U.S./Canada border into the United States. His criminal record includes a previous charge in this Court for alien smuggling. Defendant's criminal record also includes multiples instances of failure to report for hearing, failure to report for trial, failure to report for supervision, failure to comply with conditions of supervision, and new offenses while on supervision. There are active warrants relating to failures to appear for court hearings. Defendant has been unemployed for several years. Although he reported currently living with his girlfriend and her mother, the girlfriend confirmed that the defendant had not yet moved in. While the girlfriend indicated that it was acceptable for Mr. Ramirez to reside in the home, Pretrial Services was not able to contact the mother in time to confirm her agreement that Mr. Ramirez could live with them. Accordingly, defendant has not yet presented a verified release plan.

2. Defendant poses a risk of nonappearance based on pending charges with active warrants, a history of failure to appear, criminal activity and other noncompliance while on supervision, an unstable and not fully verified living situation, substance abuse and mental health history, and lack of employment. Defendant poses a risk of danger based on a pattern of similar criminal history, criminal activity and other noncompliance while on supervision, and substance abuse history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community. However, if Defendant is able to put together a verified release plan, he may ask the Court to revisit the question of detention.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney

General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 27th of November, 2023.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3