THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>GEORGE RAMIREZ,<br><br>               Defendant. | CASE NO. CR23-0189-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continue the pretrial motions deadline (Dkt. No. 14). The motion is GRANTED. Pretrial motions, if any, must be filed in this case no later than January 11, 2024.

DATED this 4th day of January 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
