THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C23-0189-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GEORGE RAMIREZ, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to extend the pretrial motions deadline (Dkt. No. 37). For the reasons indicated in Defendant's motion, the motion is GRANTED. The parties have until May 13, 2024, to file pretrial motions.

DATED this 2nd day of May 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C23-0189-JCC
PAGE - 1