THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR23-0189-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GEORGE RAMIREZ, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion to extend the briefing schedule for Defendant's pretrial motions (Dkt. No. 44). Defendant filed his pretrial motions on May 13, 2024. (*See* Dkt. No. 43.)[1] Pursuant to Local Criminal Rule 12(b)(2) and (3), the Government's response is due on May 20, 2024, with Defendant's reply due on May 27, 2024. Trial is currently set for June 3, 2024. (*See* Dkt. No. 23.)

The Government now seeks an extension until May 27, 2024, to file its response to Defendant's pretrial motions, citing counsel's unavailability and the complexity of the underlying motions. (*See* Dkt. No. 44 at 1.) Although the Court is sympathetic to counsel's

---

[1] Notably, the Government did not oppose Defendant's motion for an extension of time to file pretrial motions, which Defendant filed on May 2, 2024. (*See* Dkt. No. 37.)

MINUTE ORDER
CR23-0189-JCC
PAGE - 1

1  familial obligations, it cannot agree to an extension, given the quickly approaching trial date.

2  Moreover, the Court is not persuaded that the underlying defense motion (Dkt. No. 43) is

3  exceptionally complex.

4      For those reasons, the Government's motion (Dkt. No. 44) is DENIED. The Government

5  shall file its response by May 20, 2024. Defendant shall file his reply, if any, by May 27, 2024.

6      DATED this 15th day of May 2024.

7

8                                        Ravi Subramanian
                                         Clerk of Court

9
                                         s/Kathleen Albert
10                                       Deputy Clerk

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
CR23-0189-JCC
PAGE - 2