THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GEORGE RAMIREZ,<br><br>        Defendant. | CASE NO. CR23-0189-JCC<br><br>ORDER |

This matter comes before the Court on the Government's unopposed motion to dismiss Counts 2 and 3 of the superseding indictment without prejudice (Dkt. No. 78). Upon review of the unopposed motion, the Court finds good cause and hereby GRANTS the motion *nunc pro tunc*. Counts 2 and 3 of the superseding indictment are DISMISSED without prejudice. The November 19, 2024 judgment, (Dkt. No. 77), reflects this consideration.

DATED this 20th day of November 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR23-0189-JCC
PAGE - 1