The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GEORGE RAMIREZ,<br><br>  Defendant. | NO. CR23-189-JCC<br><br>[PROPOSED]<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

    a.    One Lorcin I.25 .25 cal. handgun with serial number 146031, and

    b.    Six rounds of .25 cal. ammunition.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, as well as the Declaration of AUSA Jehiel I. Baer in Support of Motion for Final Order of Forfeiture ("Baer Decl."), hereby FINDS entry of a Final Order of Forfeiture is appropriate for these reasons:

//

Final Order of Forfeiture - 1
*United States v. George Ramirez*, CR23-189-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. The Subject Property is forfeitable pursuant to 18 U.S.C. § 982(a)(6), as property that facilitated the offense of *Illegal Transportation of an Alien, Private Financial Gain*, in violation 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (B)(1), and 18 U.S.C. § 2;

2. On November 15, 2024, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 982(a)(6), and forfeiting the Defendant's interest in it (Dkt. No. 75);

3. Thereafter, as required by 21 U.S.C. § 853(n)(l) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the pending forfeiture (Dkt. No. 81) and provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Baer Decl., ¶ 2, Exhibits A-C); and

4. The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, Department of Homeland Security Customs and Border Protection, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

//
//
//
//
//
//

Final Order of Forfeiture - 2
*United States v. George Ramirez*, CR23-189-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 9th day of July, 2025.

_____
THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 3
*United States v. George Ramirez*, CR23-189-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970